UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN GENE HINZMAN, JR., | No.  2:20-cv-02280 GGH P |
| Petitioner, | |
| v. | ORDER |
| P. EATON, Warden, | |
| Respondent. | |

Petitioner filed his petition for a writ of habeas corpus on November 16, 2020.  ECF No. 1. On December 7, 2020, the court granted petitioner thirty days to file an amended habeas petition in compliance with the court's instructions. ECF No. 4. To date, petitioner has failed to file his amended petition within the requisite deadline.

Accordingly, IT IS HEREBY ORDERED that petitioner shall show cause, in writing, within 14 days, why this matter should not be dismissed for failure to prosecute and/or to follow a court order pursuant to Federal Rule of Civil Procedure 41(b).  The filing of an amended petition within this timeframe will serve as cause and will discharge this order.

Dated: January 27, 2021

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

1