1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 STEVEN GENE HINZMAN, Jr.,                    No.  2:20-cv-02280 GGH P

12                     Petitioner,

13        v.                                     ORDER AND FINDINGS AND
                                                 RECOMMENDATIONS
14 P. EATON, Warden,

15                     Respondent.

16

17        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus

18 pursuant to 28 U.S.C. §2254. The matter was referred to the United States Magistrate Judge

19 pursuant to 28 U.S.C. §636(b)(1) and Local Rule 302(c).

20        On December 7, 2020, the court granted petitioner thirty days to file an amended habeas

21 petition in compliance with the court's instructions. ECF No. 4. On January 27, 2021, the court

22 issued an order to show cause ordering petitioner to show cause within 14 days, why this matter

23 should not be dismissed for failure to prosecute and/or to follow a court order pursuant to Federal

24 Rules of Civil Procedure 41(b). ECF No. 5. Petitioner was further informed that the filing of an

25 ////

26 ////

27 ////

28 ////

1

1  amended petition within the timeframe would serve as cause and would discharge the January 27,

2  2021 order. Id. Petitioner has not responded to the court's orders, nor taken any action to

3  prosecute this case.

4      IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a

5  District Judge to this action.

6      Further, IT IS HEREBY RECOMMENDED that this action be dismissed, without

7  prejudice, for lack of prosecution and for failure to comply with the court's order.  See Fed. R.

8  Civ. P. 41(b); Local Rule 110.

9      These findings and recommendations are submitted to the United States District Judge

10  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

11  after being served with these findings and recommendations, any party may file written

12  objections with the court.  The document should be captioned "Objections to Magistrate Judge's

13  Findings and Recommendations."  Any response to the objections shall be filed and served within

14  fourteen days after service of the objections.  The parties are advised that failure to file objections

15  within the specified time may waive the right to appeal the District Court's order.  Martinez v.

16  Ylst, 951 F.2d 1153 (9th Cir. 1991).

17  Dated: March 12, 2021

18                    /s/ Gregory G. Hollows
                  UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

2